USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GV,

                    Plaintiff,

- against -

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security (DHS);
UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS);
SUSAN RAUFER, Director, USCIS Newark Asylum Office,

                    Defendants.

-------------------------------------------------------------X

**ORDER**

23 Civ. 5133 (NSR)

Román, D.J.:

By motion dated July 26, 2023, Plaintiff GV requests this Court grant leave to proceed under a pseudonym. (ECF No. 6.) Plaintiff also moves the Court to order Defendants to maintain the confidentiality of Plaintiff's identity by using only this pseudonym in all of their filings, including all exhibits in which Plaintiff's name appears. (*Id.*)

Plaintiff's motion is GRANTED. Plaintiff is granted leave to proceed under a pseudonym. Moreover, Defendants are directed to maintain the confidentiality of Plaintiff's identity by using only this pseudonym in all of their filings, including all exhibits in which Plaintiff's name appears. To the extent the parties intend to file documents which identify Plaintiff's name, they are directed to do so by filing under seal. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 6. Plaintiff is directed to mail a copy of this Order to Defendants and file proof of service.

       SO ORDERED.

Dated: White Plains, New York
       July 28, 2023

                                                    Nelson S. Román, U.S.D.J.